AO 442 (Rev. 11/11) Arrest Warrant

FID# 11884446

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

RECEIVED
UNITED STATES MARSHAL

1:20 pm, Nov 05 2025

DISTRICT OF SOUTH CAROLINA
COLUMBIA

| United States of America | ) | |
| v. | ) | Case No. 6:25cr1232 |
| | ) | |
| MARK WEINBERGER | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    MARK WEINBERGER                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Sections 1349, 1347, 1343, 2, 981(a)(1)(C), 982(a)(7)
Title 28, United States Code, Sections 2461(c)

Date:    11/05/2025

*Jenny Smith, Deputy Clerk*
*Issuing officer's signature*

City and state:    Charleston, South Carolina

ROBIN BLUME CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 11/5/25 , and the person was arrested on *(date)* 11/06/2025
at *(city and state)* West Palm Beach, FL .

Date:  11/06/2025

Arrested by FBI SA K. Lunn
*Arresting officer's signature*

By: C Wolf, SDUSM
*Printed name and title*